IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Eva W

Printed: 2/26/08

Case Number: 06 B 11437
Judge: Hollis, Pamela S
Filed: 9/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 14, 2008
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,181.00 |  |
| Secured: |  | 681.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,383.61 |
| Trustee Fee: |  | 115.40 |
| Other Funds: |  | 0.00 |
| Totals: | 2,181.00 | 2,181.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,924.00 | 1,383.61 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 4. | Evergreen Finance | Secured | 4,123.29 | 601.99 |
| 5. | City Of Chicago | Secured | 410.00 | 80.00 |
| 6. | Village of Calumet Park | Unsecured | 245.54 | 0.00 |
| 7. | Clear Check | Unsecured | 50.00 | 0.00 |
| 8. | United States of America | Unsecured | 2,531.81 | 0.00 |
| 9. | Harrah's Casino | Unsecured | 86.52 | 0.00 |
| 10. | Lake Imaging LLC | Unsecured | 170.80 | 0.00 |
| 11. | Harrah's Casino | Unsecured | 80.00 | 0.00 |
| 12. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 13. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 14. | TRS Services | Unsecured |  | No Claim Filed |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | Claims Accounting | Unsecured |  | No Claim Filed |
| 17. | American Collection Corp | Unsecured |  | No Claim Filed |
| 18. | City Of Hammond Fire Department | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | CCA | Unsecured |  | No Claim Filed |
| 21. | ACC International | Unsecured |  | No Claim Filed |
| 22. | American Collection Corp | Unsecured |  | No Claim Filed |
| 23. | TRS Services | Unsecured |  | No Claim Filed |
| 24. | TRS Services | Unsecured |  | No Claim Filed |
| 25. | CB USA | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis, Eva W | | Case Number: | 06 B 11437 |
|---|---|---|---|---|
| | | | Judge: | Hollis, Pamela S |
| | Printed: 2/26/08 | | Filed: | 9/13/06 |

| | | | | |
|---|---|---|---|---|
| 26. | First Midwest Bank | Unsecured | | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | Comcast | Unsecured | | No Claim Filed |
| 29. | Comcast | Unsecured | | No Claim Filed |
| 30. | Teller Levit & Silvertrust PC | Unsecured | | No Claim Filed |
| 31. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 32. | Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 33. | MTI | Unsecured | | No Claim Filed |
| 34. | Comcast | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | Nicor Gas | Unsecured | | No Claim Filed |
| 37. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 38. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 39. | SBC | Unsecured | | No Claim Filed |
| 40. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |
| 41. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 42. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,621.96 | $ 2,065.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 18.90 |
| 5.4% | 96.50 |
| | _____ |
| | $ 115.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____